Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−10159−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kyle L. Smith
    2930 N Congress Rd
    Camden, NJ 08104−2912

Social Security No.:
    xxx−xx−3854

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 15, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 35 − 33
Order Granting Application for Extension of Loss Mitigation (Related Doc # 33). Loss Mitigation Period Extended to: 8/13/17. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/15/2017. (bc)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 15, 2017
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kyle L. Smith  
    Debtor

Case No. 17-10159-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 15, 2017  
                    Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2017.
lm          +BSI Financial Services, Inc,   314 S. Franklin St.,   PO Box 517,   Titusville, PA 16354-0517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2017 at the address(es) listed below:
      Charles H. Jeanfreau    on behalf of Creditor    BSI Financial Services as servicer for Ventures Trust 2013-I-H-R by MCM Capital Partners, LLLP FKA MCM Capital Partners, LLC, its Trustee Charlesj@w-legal.com, BNCmail@w-legal.com
      Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust legerman@rasnj.com, gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
      R. A. Lebron    on behalf of Creditor    FAY SERVICING LLC, as servicer for WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST 2013-I-H-R, A DELAWARE TRUST bankruptcy@feinsuch.com
      Tamika Nicole Wyche    on behalf of Debtor Kyle L. Smith dpdlawyer@comcast.net, G30609@notify.cincompass.com
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                 TOTAL: 8