UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

TAMIKA N. WYCHE, ESQUIRE
DAVID PAUL DANIELS, PA
3300 FEDERAL STREET
CAMDEN, NEW JERSEY 08105
(856) 338-0411
TW 06502006

In Re:

KYLE L. SMITH

Order Filed on July 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-10159

Chapter: 13

Judge: ABA

### ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 21, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____2/14/17_____ :

Property: 2930 N. Congress Rd., Camden, NJ 08104

Creditor: Fay Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __Tamika N. Wyche, Esquire__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____10/19/17_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 17-10159-ABA
Kyle L. Smith                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1             Date Rcvd: Jul 21, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
db          Kyle L. Smith,    2930 N Congress Rd,    Camden, NJ  08104-2912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
              Charles H. Jeanfreau    on behalf of Creditor    BSI Financial Services as servicer for Ventures
               Trust 2013-I-H-R by MCM Capital Partners, LLLP FKA MCM Capital Partners, LLC, its Trustee
               Charlesj@w-legal.com,  BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust
               bkyecf@rasflaw.com,  gshasa@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
              R. A. Lebron    on behalf of Creditor    FAY SERVICING LLC, as servicer for WILMINGTON SAVINGS FUND
               SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST
               2013-I-H-R, A DELAWARE TRUST bankruptcy@feinsuch.com
              Tamika Nicole Wyche    on behalf of Debtor Kyle L. Smith dpdlawyer@comcast.net,
               G30609@notify.cincompass.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8