**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kyle L. Smith | Social Security number or ITIN    xxx–xx–3854 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–10159–ABA | |

# Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kyle L. Smith

3/11/20                                                                **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 17-10159-ABA
Kyle L. Smith                                                       Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin               Page 1 of 2          Date Rcvd: Mar 11, 2020
                               Form ID: 3180W            Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db             Kyle L. Smith,    2930 N Congress Rd,    Camden, NJ 08104-2912
aty           +Hill Wallack LLP,    Attn: Elizabeth K Holdren Esq,    21 Roszel Road,    PO Box 5226,
                Princeton, NJ 08543-5226
cr            +BSI Financial Services as servicer for Ventures Tr,    7500 Old Georgetown Rd Suite 1350,
                Bethesda, MD 20814-6240
lm            +BSI Financial Services, Inc,    314 S. Franklin St.,    PO Box 517,    Titusville, PA 16354-0517
cr            +Fay Servicing LLC,    FRIEDMAN VARTOLO LLP,    85 Broad Street,    New York, NY 10004-2434
cr            +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    Stern & Eisenberg, PC,
                1040 N. Kings Highway,    Suite 407,    Cherry Hill, NJ 08034-1925
cr            +Wilmington Savings Fund Society, FSB, d/b/a Christ,    Robertson, Anschutz & Schneid, PL,
                6409 Congress Avenue #100,    Boca Raton, FL 33487-2853
516579155      BSI Financial Services,    314 S Franklin St,    Titusville, PA 16354-2168
516579157      CCMUA,    PO Box 1105,    Bellmawr, NJ 08099-5105
516579156     +Camden County Special Civil Part,    101 S 5th St,    Camden, NJ 08103-4099
516579158      Citibank, NA,    PO Box 6247,    Sioux Falls, SD 57117-6247
516579159      City of Camden,    City Hall, Room 117,    PO Box 95120,    Camden, NJ 08101-5120
516579160      City of Camden (American Water),    PO Box 52747,    Phoenix, AZ 85072-2747
516579161      City of Camden Payroll Dept.,    520 Market St Rm 213,    Camden, NJ 08102-1300
516579164      Emerg Phy Assoc of SJ,    C/o Akron Billing center,    3585 Ridge Park Dr,
                Akron, OH 44333-8203
518691969    ++++FAY SERVICING, LLC,    GROSS POLOWY, LLC,    2500 PLAZA FIVE STE 2548,
                JERSEY CITY NJ 07311-4026
               (address filed with court: Fay Servicing, LLC,    Gross Polowy, LLC,    2500 Plaza 5, Suite 2548,
                Jersey City, NJ 07311)
518693895    ++++FAY SERVICING, LLC,    JULIE A. CASCINO, ESQ,    2500 PLAZA FIVE STE 2548,
                JERSEY CITY NJ 07311-4026
               (address filed with court: Fay Servicing, LLC,    Julie A. Cascino, Esq,
                2500 Plaza 5, Suite 2548,    Jersey City, NJ 07311)
516806279    +++Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
516579165      Hayt, Hayt & Landau, LLC,    PO Box 500,    Eatontown, NJ 07724-0500
516579166     +Hill Wallack, LLP,    21 Roszel Rd,    Princeton, NJ 08540-6669
516950903      New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10675,
                Greenville, SC 29603-0675
517572802     +Recovery Management Solutions, LLC,    P.O. Box 182,    West Seneca, NY 14224-0182
516579168      Rubin & Rothman, LLC,    1787 Veterans Hwy Ste 32,    Islandia, NY 11749-1500
516579169      State of New Jeraseny,    Divison of Taxtion Bk Dept.,    PO Box 245,    Trenton, NJ 08646-0245
516579170      Verizon New Jersey,    C/O ERC,    PO Box 23670,    Jacksonville, FL 32241-3670
516579172      Virtua Health Systems,    C/O Apex Asset Management,    2501 Oregon Pike, Ste 102,
                Lancaster, PA 17601-4890
517587001      Virtua Health Systems,    C/O Apex Asset Management,    PO Box 7044,    Lancaster, PA 17604-7044
517163451     +Wilmington Savings Fund Society, FSB,,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
                Carrollton, TX 75006-3357
517163452     +Wilmington Savings Fund Society, FSB,,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
                Carrollton, TX 75006,    Wilmington Savings Fund Society, FSB,,    Fay Servicing, LLC 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2020 00:03:04      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2020 00:03:01      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516652274      EDI: AIS.COM Mar 12 2020 03:33:00      American InfoSource LP as agent for,    Verizon,
                PO Box 248838,    Oklahoma City, OK 73124-8838
516579154      EDI: BANKAMER.COM Mar 12 2020 03:33:00      Bank of America,    PO Box 15019,
                Wilmington, DE 19886-5019
516579162      EDI: CONVERGENT.COM Mar 12 2020 03:33:00      Convergent Outsourcing/Comcast,    PO Box 9004,
                Renton, WA 98057-9004
516622678     +EDI: IRS.COM Mar 12 2020 03:33:00      Department of Treasury,    Internal Revenue Service,
                P O Box 7346,    Philadelphia, PA 19101-7346
516725448      E-mail/Text: bankruptcy.bnc@ditech.com Mar 12 2020 00:02:42
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
516579163      E-mail/Text: bankruptcy.bnc@ditech.com Mar 12 2020 00:02:42      Ditech Financial, LLC,
                PO Box 6172,    Rapid City, SD 57709-6172
516657328     +EDI: RMSC.COM Mar 12 2020 03:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
516579171      EDI: VERIZONCOMB.COM Mar 12 2020 03:33:00      Verizon New Jersey,    600 Technology Dr,
                Saint Charles, MO 63304-2238
                                                                                              TOTAL: 10
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 11, 2020
                              Form ID: 3180W           Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516950904         New Penn Financial, LLC,   d/b/a Shellpoint Mortgage Servicing,   P.O. Box 10675,
                  Greenville, SC 29603-0675,   New Penn Financial, LLC,   d/b/a Shellpoint Mortgage Servicing
516579167*        IRS,   PO Box 931000,   Louisville, KY  40293-1000
517572803    ##+AA Bail Bonds,   1916 Fairfax Avenue,   Cherry Hill, NJ 08003-2007
                                                                                TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
              Adam Jason Friedman    on behalf of Creditor    Fay Servicing LLC bankruptcy@friedmanvartolo.com
              Charles H. Jeanfreau    on behalf of Creditor    BSI Financial Services as servicer for Ventures
               Trust 2013-I-H-R by MCM Capital Partners, LLLP FKA MCM Capital Partners, LLC, its Trustee
               charles.jeanfreau@mccalla.com,  BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Julie  Cascino    on behalf of Creditor    Fay Servicing LLC jcascino@grosspolowy.com,
               ecfnotices@grosspolowy.com
              Julie  Cascino    on behalf of Creditor    Fay Servicing, LLC jcascino@grosspolowy.com,
               ecfnotices@grosspolowy.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust
               bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
              Phillip Andrew Raymond    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust phillip.raymond@mccalla.com
              R. A. Lebron    on behalf of Creditor    FAY SERVICING LLC, as servicer for WILMINGTON SAVINGS FUND
               SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST
               2013-I-H-R, A DELAWARE TRUST bankruptcy@feinsuch.com
              Sindi  Mncina    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Hilldale Trust smncina@rascrane.com
              Steven P. Kelly    on behalf of Creditor    NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A
               Shellpoint Mortgage Servicing skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
              Tamika Nicole Wyche    on behalf of Debtor Kyle L. Smith dpdlawyer@comcast.net,
               G30609@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 15
```